**No. 09-9002. Gerald James Holland, Petitioner v. James V. Anderson, Superintendent, Mississippi State Penitentiary.**

559 U.S. 1073, 130 S. Ct. 2100, 176 L. Ed. 2d 731, 2010 U.S. LEXIS 3429.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 583 F.3d 267.